Thank you. May it please the court and counsel, I see this as a rather simple matter at this point. We had commenced this action of Chapter 11 filing and we did I did so as outlined in the briefs as the sole shareholder and trustee of this dissolved company, dissolved many years ago. The appellee then came in at a later date and moved to annul the stay, asserting as a basis or premise that we were not entitled to file the Chapter 11 or I was not entitled to file the Chapter 11 and the company could not go forward on that basis. I don't think that's a correct statement of the law, particularly in this circumstance and so out of caution I have brought this appeal to get the stay reinstated and of course that would give us the opportunity potentially to reinstate the matter. There are three principal cases that I rely on here and first as you've seen in the brief is in Ray Corporate Leisure which is an Arizona case and I believe from all I can see is good law for the circuit and of course what in Ray Corporate Leisure says is there may be a receiver out there but you are entitled to seek or the companies can still pursue Chapter 11 relief and that's what we've done here. Now I'm anticipating as appellee raised the issue well what am I doing here? I turned to the Hawaii statute which is an adoption of the Model Business Corporation Act as you know and coming to the second case that I think is quite interesting that is in this circuit from noted to the court in my reply brief this is in Ray Krause case which is quite lengthy and it's discussion of some tax until it gets to the really almost on all fours with this case finding that even though that they had a company that was dissolved actually even longer than this one had been that the court would actually proceed to transfer everything to the shareholder as the interest but what's interesting here and there's no case on it excuse me this is this after Hawaii in 2001 adopted the current version of the Model Business Corporation Act which does indeed make a distinction as is outlined in the third case that I think is significant here this Intermediate Court of Appeals of Hawaii the Koscierek v. McLeod case which thoroughly states what the law was before the adoption of the current version of the Model Business Corporation Act which in summary simply says hey now everything stays with company but then the Hawaii legislature one year after adopting the Model Business Corporation Act added this section the 422 and sub which is sub B in the Hawaii code and this is not part of the language in the Model Business Corporation Act and what it says perhaps not perfectly artfully but it says whatever the law was before and of course you will have read this yourself but my reading of it is that whatever the law was before the common law or elsewhere the applicant can choose whichever is most favorable so I think we're perfectly free to proceed under the way it might have been treated under the original or the previous adoption the Model Business Corporation Act or do this what I've done here that's to be succinct without repeating the brief that's my point okay why are you the right person to bring this well as I noted in in the briefs there isn't anybody else I'm sole shareholder of the in possession of what is the sole asset which is the apartment where I'm sitting right now so I'm in and in the previous law the post Eric talks about and that I think for to to be you know polls continues is that the long line of case law whether in the u.s. district courts decision or in several state court decisions and Ray Ellis etc I have them in my brief that the stakeholder the shareholder is the real party is the I don't want you to say real party in interest but if there's one shareholder that shareholder is the party in interest why is the corporation the right party to bring this the corporation of which you are a shareholder I'm sorry why you mean to file the chapter 11 your no take on this particular site I'm getting your point I'm sorry well what what interest in this property does the corporation have well when you say this property you you're referring to the real estate or to the rest of the state well the the company is the holder of title isn't that kind of in dispute in state court well I think it has to be determined and the position of the FLE is well we got a receiver so you no longer have an interest you can't do anything and everything is the decision of the receiver we just let me take a step back what what the appellee would like to have happen I think and correct me if I'm wrong is the process that began to figure this out in state court really ought to conclude right isn't that their position and if so if I mean in that case all the bankruptcy courts deciding as well should we be in the way of this and the answer is no it's underway in state court it's a state court issue it ought to get determined there and it's and it's kind of gating because it does as judge Taylor said it goes directly to the question of who ought to be prosecuting the appeal so I mean the limited question here is why don't you let the state court just go figure it out well permit me to interject I'm not a party to that action I attempted excuse me the state court action I filed a quite proper motion to intervene yeah that was complete and it was denied well let me stop you right there wasn't that a competent action by the state court and why should the bankruptcy change that no it wasn't the competent action because I you may not have agreed with it but the state court had the power right right well the state court didn't have the power in this case because as I go on to point out to you and if I could just make a point I know I'm over is that they don't even have service on the dissolved company thank you they do not have service on the dissolved company so essentially they're okay all right you if you want to stop now you've got you know a good bit of time or you can continue to argue it's up to you I'll defer until I hear one happily all right you can reserve six minutes and 43 seconds all right let's may it please the court I think your honors have articulated the exact issue at case here and the matter is is this is being handled at the state court level the state court action was filed in 2016 this was heavily litigated of which mr. Gilliam participated in through counsel reason a receiver was appointed is it was through this discovery process we determined that the sole shareholder miss Vivian T Lord of the original owner she deceased and the matter was dissolved a year after was dissolved this new corporation was created with the exact same name which mr. Gilliam is the shareholder of reason I'm covering that by mr. Gilliam that he is the shareholder which was litigated in Kauai which judge Watanabe had the information for and made competent decisions that no he's not the shareholder we have a receiver appointed he may have interest he's not the shareholder of because we have two entities here one correct so he's the shareholder of two the determination was he's not the shareholder of one yes that holds the asset okay yes just to be it's confusing because of the names I'd name them but that wouldn't be helpful at all so yes yeah there I think number one the number two is a an accurate way to to delineate okay and so as I said your honor this matter was litigated in detail finally a receivers appointed the receivers trying to do their job and I think we've covered this in our motions which we've attached to our to our brief and the reality of it is that the question before this court is a judge Harrison abuses discretion and there's nothing that the appellant has pointed to and nothing you can't point to to show that the what's telling in this instance is that this appeal is not from the dismissal of the chapter 11 bill is from the annulment there is no attempt to revive the chapter 11 in fact mr. Gilliam filed the chapter 13 in 2019 following the dismissal of this matter and then again attempted to file something on behalf of Pacific Rim just this year this court has there's multiple cases that this court has done in it and actually just recently looked at the motion to to annul the automatic stay in the Merriman case I you guys in fact your honors Taylor and Lafferty or find that so I think in reality we don't even get to the analysis but if we got to the analysis judge Ferris was correct in annulling this day and there is no reason to overturn that is there a is there a use one of judge Lafferty's good terms a gating issue here in that does do we have the right party of you know what what's the standing of to do anything here and or it there is no standing of number two ostensibly this chapter 13 just this chapter 11 is filed on behalf of number one because number one is the one that holds the interest in the property and it's the receiver and then we've we've attached that so I don't want to beat the dead horse but it's the receiver that is in charge of that and the receiver has taken it under their their control and but we have this filing we've got multiple filings I just received in the filing from mr. Gilliam where he's suing judge Watanabe I think what we're looking at is one where we see okay and if we ignore that this isn't the right person to file this if we go just to the merits and we apply the standard that that your honors applied in in remarryment but Ferris made the right call and that's the only question for this court right here now if you have any additional questions I'm more than willing to answer them but I don't want to waste your time rehashing something that you've clearly read in that you are further questions so mr. Gilliam you may respond to those arguments thank you your honor I'm sorry thank you first of all the council has just told you that there was a detailed decision by judge Watson happy I don't do this matter and that's simply not true the only opportunity to do that would have been if judge had permitted me to intervene in the matter she didn't do that there was no such termination that you were involved in is that accurate I mean she made whatever decision she made and that's not really in front of us but your point is I wasn't involved and I should have been well but not only that essentially right now they have a case where the dissolved corporation which has the title council just told you isn't the court doesn't have jurisdiction to that company because it was never served so exactly what entitlement does the court have in this reference detailed decision as to title where is that that's not in the record isn't that something that has to be decided in the state court I mean you're talking about issues that may be maybe the subject of a state court appeal but we can't we can't we can't for sure and judge Ferris couldn't either get involved in that so again going back to this well for one thing I I'm not a party to that and so I don't have any standing to seek any kind of appellate review of that aspect of the case that's why I have brought an action in federal district court that seeks injunctive and declaratory relief so that we can get this straightened out because precisely the statement that a police counsel made that this has all been determined by judge Watanabe that's not true that's what needs to be done let's say that the receiver goes ahead and does this thing right now he doesn't have to put two cents in my bank account that's not appropriate there needs to be a determination I was a necessary party so when I filed the chapter 11 I filed it for the dissolved company did I have the entitlement to do that as the sole I think the court needs to address that issue you can't simply say the case was dismissed but it can I can move to reinstate it at any time we have to it seemed to be within the orbit of what judge Ferris was discussing and the reason they got the annulment in the first place is that you know given the ability for someone to come back in or or use what's been done in a bankruptcy case it still is a live issue that needs to be decided and that's what you know Ferris is saying or the lower court is saying I have great respect well I I'm gonna know this because the receiver these people came in and said well the receiver gets to make all these decisions well that's simply not based law in the district in the circuit and that's not what in Ray leisure says I'm the party is still in control of least filing a chapter 11 and getting that that's my position thank you all right well thank you very much for your arguments this will be submitted and we will make sure that judge brand reviews the argument so that we hope that she will be in a position to do that very shortly and we will get a decision out to you I want to say also your staff has been most courteous and efficient I really appreciate this opportunity well we appreciate you saying that this is not normal time and we are all under nothing is normal now so it's really been it's been great thank you thank you thank you thank you
judges: Taylor, Lafferty, Brand